**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01616-CV

**LONE STAR ENGINE INSTALLATION CENTER, INC. AND RAFAEL SANCHEZ, Appellants**

**V.**

**BRENDA GONZALES AND GONZALO GONZALES, Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-15035**

## ORDER

We **GRANT** the May 21, 2015 motions of appellants Lone Star Engine Installation Center, Inc. and Rafael Sanchez for an extension of time to file their briefs. Appellants shall file their briefs by **JUNE 10, 2015**.

/s/ ELIZABETH LANG-MIERS
   JUSTICE